**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 2, 2026                    Agency #:
Docket #: 25-2937                      Agency: 178
Short Title: In Re: Abderrahmane Farhane

**REVISED NOTICE OF MOTION PLACED ON THE CALENDAR**

 A petition for writ of mandamus filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, March 10, 2026 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595..